UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| PATRICK LOWDEN and CHRISTI LOWDEN, | Case No. C08-5365 BHS/KLS |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| MAGGIE MILLER-STOUT, *et al.*, | |
| Defendants. | |

Before the court is Plaintiffs' motion for an extension of time to file a motion for reconsideration of the Court's Order denying the Plaintiffs' motion for the appointment of counsel. (Dkt. # 17). Plaintiffs did not receive a full and correct copy of the Court's Order (Dkt. # 14) sent by the Court Clerk to Plaintiffs on July 28, 2008.

Accordingly, it is **ORDERED:**

(1) The **Clerk is directed to send a copy** of the Court's Order Denying Motion to Appoint Counsel (Dkt. # 14) to Plaintiffs;

(2) Plaintiffs' motion for extension to file motion for reconsideration (Dkt. # 17) is **GRANTED**. Plaintiffs may file a motion for reconsideration within ten judicial days following the date of this Order; and

ORDER - 1

(3) The Clerk shall send copies of this Order to both Plaintiffs and counsel for Defendants.

DATED this  19th  day of August, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2