UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK LOWDEN and CHRISTI LOWDEN,<br><br>Plaintiff,<br><br>v.<br><br>MAGGIE MILLER-STOUT, *et al.*,<br><br>Defendants. | Case No. C08-5365 BHS/KLS<br><br>ORDER RE-NOTING MOTION TO DISMISS |

Presently pending before the court is Defendants' motion to dismiss Plaintiff's Complaint. (Dkt. # 3). In response, Plaintiff Patrick Lowden has submitted three declarations, documents relating to another inmate's case in Thurston County Superior Court, and letters from the Department of Corrections. (Dkts. # 11, 12 and 13).

While the Court may take judicial notice of "matters of public record" without converting a motion to dismiss into a motion for summary judgment, *MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir.1986), if matters outside the pleading are presented to and not excluded by the Court, a motion to dismiss shall be treated as one for summary judgment and disposed of as provided in Rule 56. Fed.R.Civ.P. 12(b).

ORDER - 1

1    As matters outside the pleadings have been presented to the Court for consideration,
2 Defendants should be given a reasonable opportunity to present all materials made pertinent to such
3 a motion by Rule 56. *Id*. Plaintiffs shall be given an opportunity to file a reply.
4       Accordingly, it is **ORDERED**:
5       (1)   Defendants' Motion to Dismiss (Dkt. # 3) shall be **RENOTED as a motion for**
6             **summary judgment** for **September 26, 2008**;
7       (2)   Defendants' Response shall be due on **September 22, 2008** and Plaintiff's Reply, if
8             any, shall be due on **September 26, 2008**;
9       (3)   Defendants' motion to stay discovery (Dkt. # 3) is **DENIED;** and
10      (4)   The Clerk of the Court is directed to send copies of this Order to counsel of record
11            and to Plaintiff.

13     DATED this  21st  day of August, 2008.

                                        Karen L. Strombom
                                        United States Magistrate Judge

28 ORDER - 2