UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK LOWDEN and CHRISTI LOWDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>MAGGIE MILLER-STOUT, et al<br><br>    Defendant. | Case No. C08-5365 BHS/KLS<br><br>AMENDED ORDER RE-NOTING SUMMARY JUDGMENT MOTION |

This court previously entered an order re-noting the defendant's motion to dismiss (Dkt. 3) as a motion for summary judgment and, setting up a briefing schedule (Dkt. 22). This order amends the briefing schedule previously set by this court as follows:

**It is ORDERED:**

(1) Defendants' Motion to Dismiss (Dkt. 3) shall be **RENOTED as a motion for summary judgment for October 10, 2008;**

(2) Defendants' response shall be due on **September 26, 2008;** Plaintiff's reply, if any, shall be due on **October 6, 2008;** and Defendants' final response shall be due on **October 10, 2008.**

ORDER
Page - 1

1       (3) The Clerk of the Court is directed to send copies of this Order to counsel of record and to Plaintiff.

DATED this 2nd day of September, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge