# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PATRICK LOWDEN and CHRISTI LOWDEN,<br><br>    Plaintiff,<br><br>v.<br><br>MAGGIE MILLER-STOUT, *et al.*,<br><br>    Defendants. | Case No. C08-5365 BHS/KLS<br><br>ORDER DENYING AS MOOT, PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT |

Plaintiffs have requested an extension of time to file their reply to the motion for summary judgment. Dkt. # 30. In light of the Court's Revised Order (Dkt. # 35), which extends Plaintiffs' time to file a reply to Defendants' response to the motion for summary judgment until November 2, 2008, Plaintiffs' motion for an extension (Dkt. # 30), shall be **Denied as moot.** The Clerk is directed to send copies of this Order to both Plaintiffs and counsel for Defendants.

DATED this  20th  day of October, 2008.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1