# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICK LOWDEN and CHRISTI LOWDEN

JUDGMENT IN A CIVIL CASE

v.

MAGGIE MILLER-STOUT, et al.,

CASE NUMBER: C08-5365BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Objections (Dkts. 51 and 61) are **OVERRULED** and the Report and Recommendation (Dkt. 50) is **ADOPTED** as stated herein. Defendants' Motion for Summary Judgment is **GRANTED** and this action is **DISMISSED**.

| March 3, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 *s/CM Gonzalez*
 Deputy Clerk